UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SLAVEN,

    Plaintiff,

v.

Case No: 2:08-CV-10705
Hon. Anna Diggs Taylor
Magistrate Mona K. Majzoub

SPIRIT AIRLINES, INC., a Delaware Corporation,
FLIGHT ATTENDANT GRIMALDI,
FLIGHT ATTENDANT STEPHANIE BUTTERFIELD,
and CAPTAIN PAUL ANTHONY OLECHOWSKI,

    Defendants.

| | |
|---|---|
| LAW OFFICES OF MARTIN GARY DEUTCH, P.C.<br>Martin Gary Deutch (P12711)<br>Attorney for Plaintiff<br>27200 Lahser Road, Suite 101<br>Post Office Box 2207<br>Southfield, Michigan 48037-2207<br>Ph.: (248) 353-1260<br>Fax.: (248) 353-1611 | JAFFE RAITT HEUER & WEISS, P.C.<br>Scott R. Torpey (P36179)<br>William D. Adams (P54404)<br>Attorneys for Defendants<br>27777 Franklin Road, Ste. 2500<br>Southfield, MI 48034-8214<br>Ph.: (248) 351-3000<br>Fax.: (248) 351-3082 |

**STIPULATION AND ORDER
MODIFYING IN PART OPINION AND ORDER OF JULY 7, 2009 (DOCKET NO. 37)
REGARDING PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS
(FLIGHT ATTENDANT AND PILOT MANUALS)**

In its July 7, 2009 order at Item B at page 11, the Court ordered that "Defendants will obtain within 30 days from the date of entry of this Order written permission pursuant to 49 C.F.R. § 15.1 *et seq.* and 49 C.F.R. § 1520.1 *et seq.* to disclosure of the responsive portions of the manuals and produce the same to Plaintiff." The responsive portions of the manuals contain sensitive security information.

WHEREAS, on June 17, 2009 Plaintiff requested from the Federal Aviation Administration (and thereafter the FAA requested from Spirit) copies of this identical

1772850.01

documentation be produced to Plaintiff and thereafter on July 9, 2009 Spirit did produce directly to Plaintiff's counsel all of the requested information;

ACCORDINGLY, IT IS HEREBY STIPUATED AND AGREED that:

(1) All of the manual information produced by Spirit to Plaintiff on July 9, 2009 shall be considered subject to this Court's protective order of July 7, 2009and furthermore, pursuant to this Court's July 7, 2009 Opinion and Order shall be for attorney (and expert) eyes only;

(2) In light of Defendant's production of the manuals on July 9, 2009 subsequent to the Court's order, the parties stipulate that with the Court's approval, the Defendant need not comply with Paragraph B of page 11 of the July 7, 2009 order requiring Defendants to obtain written permission to disclose the documentation. Defendants' production on July 9, 2009 satisfies this Court's Order of July 7, 2009.

| | |
|---|---|
| LAW OFFICES OF MARTIN GARY DEUTCH, P.C. | JAFFE RAITT HEUER & WEISS, P.C. |
| By:   /s/Martin Gary Deutch (w/permission)<br>Attorneys for Plaintiff<br>27200 Lahser Road, Suite 101<br>P.O. Box 2207<br>Southfield, MI 48037-2207<br>(248) 353-1260 | By:    /s/Scott R. Torpey (P36179)<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034-8214<br>(248) 351-3000<br>Attorneys for Defendants |

Dated: July 28, 2009

1772850.01

3

**ORDER MODIFYING IN PART OPINION AND ORDER OF JULY 7, 2009
REGARDING PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS
(FLIGHT ATTENDANT AND PILOT MANUALS)**

The Court, having reviewed the above stipulation hereby concurs with and approves the parties' stipulation and modification of the Court's July 7, 2009 Opinion and Order as hereinabove stated.

Dated:  July 28, 2009            s/ Mona K. Majzoub
                                 United States Magistrate Judge

1772850.01